# UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-6997

JOHN T. HARDEE,

Plaintiff - Appellant,

v.

CITY OF NORFOLK; NORFOLK CITY JAIL; NORFOLK SHERIFF'S OFFICE; OFFICE OF THE NORFOLK COMMONWEALTH'S ATTORNEY; JOSEPH BARON, Norfolk Sheriff; GREGORY D. UNDERWOOD, Commonwealth's Attorney; JILL C. HARRIS, Deputy Commonwealth's Attorney; MARY E. BUTTON, Assistant Commonwealth's Attorney; ASHA S. PANDYA, Senior Assistant Commonwealth's Attorney,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:20-cv-00558-MHL-EWH)

Submitted:  October 28, 2021                    Decided:  November 18, 2021

Before NIEMEYER and FLOYD, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John T. Hardee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John T. Hardee appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hardee v. City of Norfolk*, No. 3:20-cv-00558-MHL-EWH (E.D. Va. June 17, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*